# Wellpath
## Patient Medical, Dental, and Mental Health Grievance & Appeal Form

Facility: MCI-Cedar Junction    Housing Unit: B7

Patient First Name: Kevin    ID#: W114235

Patient Last Name: Benner    Date of Birth: 8/30/69

Check level:
Grievance to HSA ✓
Appeal to wellpath ☐

You are required to bring medical, dental and mental health grievances to the attention of the HSA or designee through one of the following informal means before submitting a formal grievance:

Please indicate:
Have you submitted a sick slip about the issue described?    Yes ✓  No ☐
Have you attended Staff Access:    C.P.O    Yes ✓  No ☐
Have you spoken to the HSA or DON?    Yes ✓  No ☐

Please read the following carefully:

Step 1: Completed medical, dental and mental health grievance forms may be submitted directly to the Health Services Administrator (HSA), DON, or institution protocol. In special management units, forms may be handed to rounding healthcare staff.

Step 2: You may appeal the grievance decision as follows:

- Utilize the same form to complete an appeal.
- An appeal must be postmarked within 10 business days from the grievance decision receipt.
- The appeal must be filed directly with the Wellpath Grievance and Appeal Administrator, by sending it to:
  Wellpath
  16 Chestnut Street
  Suite 250
  Foxborough, MA 02035
  Attn: Appeals

The decision of the Wellpath Grievance and Appeal Administrator is final.

**Summary of Complaint** (Details Must Be Described In This Area - attach additional sheets if necessary):

MEDICAL ✓    DENTAL ☐    MENTAL HEALTH ☐

I'm having severe stomach & abdominal pain, severe rectal pain, was not told my stool samples were positive for blood, was denied further testing for parasites or bacteria in feces (fecal calprotectant test) I was dizzy to the point of nearly passing out, was sent to medical on emergency basis, was denied to see a doctor, not triage by Maryanne Oden who was very rude, was told by the N.P. that it was all just my anxiety, I told Maryanne Oden I have conjunctivitis again 3 days ago and still no eye antibiotics. Want move to cell with window ASAP

Patient Signature: Kevin Benner    Date: 1/11/20

**Healthcare Staff ONLY:**

Date Received: 11/12/2020    Staff Recipient: AD    Routed To:

Double-sided Form    Revised April 2020

Grievance Directions

- The Patient Medical, Dental and Mental Health Grievance and Appeal Form must be used. The grievance must be legible and filled out in its' entirety. Grievances shall be submitted by the individual patient expressing a complaint or an issue. The grievance and appeals process is not to be used for obtaining routine medical, dental, mental health, or emergency care.

- A formal grievance must be filled out: within 10 business days of the incident/situation, within 10 business days of the patient becoming aware of the incident/situation, or within 10 business days or when the patient receives a response to an informal complaint.

- Whenever a grievance is returned, the patient shall have an additional 3 business days from the date of receipt to resubmit the grievance with the additional information requested. If the grievance is not resubmitted, it shall be interpreted that the grievance has been withdrawn.

- A response to all formal grievances shall be made within 10 business days of receiving the grievance. Additional time may be needed in order to generate a more complete response. The patient shall receive notification when this occurs.

Appeal Directions

- An appeal must be postmarked within 10 business days of receipt of the grievance decision. The appeal must be submitted to the Wellpath address listed above.

- Should the appeal be returned for improper format, the patient shall have 3 business days from the date of receipt to resubmit the appeal with the additional information requested. If the appeal is not resubmitted, it shall be interpreted as withdrawn.

- The patient shall receive a response within 30 business days, should additional time be needed, the patient shall receive written notification. The appeal decision is final.

Abuse of Grievance and Appeals Process

Wellpath recognizes the right of a patient to disagree or question the healthcare system however, abuse of the process will result in may result in disciplinary action to include:
1. A patient who files five or more grievances in a week or twenty or more grievances in any 180 consecutive day period may be determined to be abusing the grievance procedure.
2. A patient who continues to file grievances after an issue has been resolved through all levels of the grievance and appeals process may be determined to be abusing the grievance procedure.
3. A patient who is found to be intentionally disregarding the proper grievance and appeal procedure, which results in the disruption of normal business, may be determined to be abusing the grievance procedure.

Upon determination of abuse, limitations on the patient's ability to file grievances may be imposed as follows:
1. Suspension of the patient's ability to file grievances for a length of time commensurate with the degree of abuse.
2. Length of suspension may be up to six months and may be increased for second and subsequent offenses in increments not to exceed six months.
3. Patients who are found to abuse the grievance process shall be provided with a Suspension of Grievances Letter.

The following requests are outside the scope of the grievance and appeal process:

Any type of compensation
Change of medical, dental, or mental health staff
Involvement in the disciplinary process concerning staff or patient
Access to or copies of Wellpath policies and procedures
Complaints not related to medical, dental, or mental health services
Any DOC related issues
Reversing court orders

Double-sided Form

Revised April 2020

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### MEDICAL/MENTAL INMATE GRIEVANCE FORM
### FORWARD TO THE HEALTH SERVICE ADMINISTRATOR

| | | | | |
|---|---|---|---|---|
| **Name** | BENNER KEVIN M | **Grievance#** 111257 | **Institution** | MCI CEDAR JUNCTION |
| **Commit No.** W114235 | **Housing** A 3 | | **Date Of Incident** 20201111 | **Date Of Grievance** 20201111 |

**Informal filed** Yes

**Complaint** "Im having severe stomach & abdominal pain, severe rectal pain was not told my stool samples were positive for blood, was denied further testing for parasites or bacteria in feces (fecal calprotectin test) I was dizzy to the point of nearly passing out, was sen to medical on emergency"

**Remedy Requested** "Basis, was denied to see a doctor not triage by Maryann Dolan who was very rude. Was told by the N.P. that it was all just my anxiety. I told Maryann Dolan Ihave conjunctivitis again 3 days ago and still no eye antibiotics. Want move to cell with window ASAP."

**Staff Recipient** Resley Ashia  Admin Assistant I

**Staff Involved**

**Signature**

## RECEIPT BY THE HEALTH SERVICE ADMINISTRATOR

**Date Received** 20201112  **Decision Date** 20201209

**Signature** Struzzieri Dawn M  Health Services Administrator

**Final Decision** DENIED

**Decision** Mr. Benner,
I have received your grievance and reviewed your chart. I have denied your grievance at this time because you stated that the remedy that you are looking for is to be moved to a cell with a window. The medical department does not decide where anyone is housed unless you require acute medical treatment. I also see that you have been seen by both nursing and the providers here at Cedar Junction. If you continue to have any concerns I urge you to utilize the sick call process in order to meet with your medical provider to develop a treatment plan that works for you. Thank you.

**Signature** [signature]  **Date** 12/9/2020

An appeal must be filled out within 10 working days from receipt of the decision by the HSA or designee. An inmate/patient may file an appeal directly with the Medical Grievance and Appeal Coordinator, by sending it to:

## INMATE RECEIPT

| | | | |
|---|---|---|---|
| **Name** | BENNER KEVIN M | **Institution** | MCI CEDAR JUNCTION |
| **Commit No.** | W114235  **Grievance#** 111257 | **Date Received** | 20201112 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION

| | | | | |
|---|---|---|---|---|
| **Name** BENNER KEVIN M | | **Institution** MCI CEDAR JUNCTION | | |
| **Commit No.** W114235 | **Housing** A 3 | **Date Of Incident** 20201111 | **Date Of Grievance** 20201111 | |

### INMATE RECEIPT

MCI CEDAR JUNCTION

| | | | |
|---|---|---|---|
| **Name** BENNER KEVIN M | | **Institution** | |
| **Commit No.** W114235 | **Grievance#** | **Date Received** 20201112 | |

**Signature.** Resley Ashia   Admin Assistant I

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION

| | | | |
|---|---|---|---|
| **Name** BENNER KEVIN M | **Institution** MCI CEDAR JUNCTION | | |
| **Commit No.** W114235   **Housing** A 3 | **Date Of Incident** 20201111 | **Date Of Grievance** 20201111 | |

### INMATE RECEIPT

MCI CEDAR JUNCTION

| | |
|---|---|
| **Name** BENNER KEVIN M | **Institution** |
| **Commit No.** W114235   **Grievance#** | **Date Received** 20201112 |
| **Signature.** Resley Ashia   Admin Assistant I | |

**COMMONWEALTH OF MASSACHUSETTS**
**DEPARTMENT OF CORRECTION**
**INFORMAL COMPLAINT FORM**

1820

Inmate Name: Kevin Bennett  Commitment #: W114235  Incident Date: 9/24 - Present
Institution: Walpole  Housing Unit: B7 #5

CHECK OFF AREA OF CONCERN (one issue per form allowed)
___ HOUSING ASSIGNMENT/STATUS  ___ LAUNDRY  ___ PROGRAMS  ___ MAIL  ___ FOOD
___ CLOTHING/LINEN EXCHANGE  ___ RELIGION  ___ PROPERTY  ___ VISITS
___ LEGAL EXCHANGE  ___ LIBRARY  ___ PHONE  ✓ OTHER: Medical

State completely, but briefly, the single issue of concern and your requested resolution

I have severe pain in stomach & abdomen, Rectal Bleeding, severe pain. I request a complete physical exam by a male DR. I want to go to Shattuck Medical Unit, Also want an MRI on my stomach. I want further testing for fecal parasites, or Bacteria. My test were positive for occult blood and I was not told by the NP, I was told all test were negative and its just my anxiety. I was denied to see the DR. by Maryanne Dolen, Denied Antibiotics for my sys, I have chronic constipation(s).

List any previous steps you have taken to resolve your concern

I been to Medical many time, keep seeing various triage Nurses, yet keep being denied to be seen by a Doctor. Been denied further testing. Complaints to more than 5 Nurses, several officers, and several CPO's. I'm filing a civil suit and a TRO - Preliminary Injunction to be sent to Shattuck unit.

Inmate Signature: Kevin Bennett  Date: 11/11/20

Note: If you follow instructions in preparing your request, it can be addressed more readily. Your complaint will be reviewed and replied to within ten (10) business days from the date of receipt.

DO NOT WRITE BELOW THIS LINE (Reserved for Staff Response)

Received By: O. Chase  Date Received: 11/17/2020

**DECISION**

Resolution: Granted___ Partially Granted___ Denied___ Alternate Resolution Offered___ N/A ✓

Comments: The issue you indicate is a medical issue/concern. The informal complaint process is not an alternative for medical, dental & mental health issue/decisions. You are advised to speak with the medical dept. and/or file a medical grievance.

Decision By: O. Chase  Date: 11/17/2020

*Denied informal complaints may be appealed to the Institution Grievance Coordinator within ten (10) business days.

**An inmate shall not be required to submit a step 1 informal complaint form prior to filing an emergency grievance, allegations of staff misconduct, or for allegations of sexual assault/abuse.

1

COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF CORRECTION
INFORMAL COMPLAINT FORM

1821

Inmate Name **Kevin Bennet**    Commitment # **W114235**    Incident Date **9/24 – Present**
Institution **Walpole CJ**    Housing Unit **B7 #5**

---

CHECK OFF AREA OF CONCERN  (one issue per form allowed)

✓ HOUSING ASSIGNMENT/STATUS    ___ LAUNDRY    ___ PROGRAMS    ___ MAIL    ___ FOOD
___ CLOTHING/LINEN EXCHANGE     ___ RELIGION   ___ PROPERTY   ___ VISITS   
___ LEGAL EXCHANGE              ___ LIBRARY    ___ PHONE      ___ OTHER: _____

---

State completely, but briefly, the single issue of concern and your requested resolution:

I have been in B7 more than 3 weeks while many other inmates have been moved to A3, these other inmates were not classified. I want a medical move to A3 so I can have a window due to my chronic bronchial issues, allergies, I had food poisoning and want more privacy to use the toilet. There is a door on the cells in A3, not bars. Also I get no stations on my radio. This is creating serious mental health issues. I have serious medical issues currently (several issues). I've almost went to the hole twice, argued with 2 officers, and the CPO. I need a window cell. There is no ventilation in this unit.

List any previous steps you have taken to resolve your concern:
Many HSRs to Medical just to be denied to see a doctor, many complaints to staff, CPO, correctional officers, mental health workers.

(Use other side of page if more space is needed)

Inmate Signature **Kevin Bennet**    Date **11/11/20**

*Note: If you follow instructions in preparing your request, it can be addressed more readily. Your complaint will be reviewed and replied to within ten (10) business days from the date of receipt.*

---

DO NOT WRITE BELOW THIS LINE (Reserved for Staff Response)

Received By **O. Chase**    Date Received **11/17/2020**

### DECISION

Resolution:   Granted___   Partially Granted___   Denied___   Alternate Resolution Offered___   N/A ✓

Comments: The informal complaint process cannot intervene in classification matters. All classification issues/concerns must be addressed through the classification process in accordance with 103 CMR 420, Inmate Classification.

Decision By **O. Chase**    Date **11/17/2020**

---

*Denied informal complaints may be appealed to the Institution Grievance Coordinator within ten (10) business days.

**An inmate shall not be required to submit a step 1 informal complaint form prior to filing an emergency grievance, allegations of staff misconduct, or for allegations of sexual assault/abuse.

1